# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Case No. 1:23-cr-298 (JEB)** |
| **DOUGLAS HARRINGTON,** | |
| **Defendant.** | |

## DEFENDANT'S NON-OPPOSITION TO MOTION IN LIMINE REGARDING AUTHENTICATION OF EVIDENCE

Defendant Douglas Harrington, through his counsel Deputy Federal Public Defenders Jake Crammer and Lisa LaBarre, hereby files his notice of non-opposition to the government's Motion in Limine to Preclude Claim of Self-Defense.  (Dkt. 29, Motion.)

Dated: June 28, 2024

Respectfully submitted,

CUAUHTEMOC ORTEGA
FEDERAL PUBLIC DEFENDER

*/s/ Jake Crammer*

Lisa LaBarre
Supervising Deputy Federal Public Defender
(Cal. Bar No. 246429)
Lisa_Labarre@fd.org

Jake Crammer
Deputy Federal Public Defender
(Cal. Bar No. 329928)
Office of the Federal Public Defender, C.D. Cal.
321 E. 2nd Street
Los Angeles, CA 90012
Telephone:  (213) 894-1476
Facsimile:   (213) 894-0081