IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-cr-298 (JEB) |
| | : | |
| DOUGLAS HARRINGTON, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO DISMISS COUNT TWO**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to dismiss Count Two of the Indictment, charging Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2). In support of this motion, the government states the following:

1. Defendant Douglas Harrington is charged with violent felonies. In particular, Harrington is charged with assaulting federal officers using a deadly and dangerous weapon and inflicting bodily injury, in violation of 18 U.S.C. § 111(a)(1) and (b); obstructing officers during a civil disorder, in violation of 18 U.S.C. § 231(a)(3); and several felony violations relating to his use and possession of a dangerous weapon on restricted U.S. Capitol grounds. He is also charged with obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2).

2. On June 28, 2024, the Supreme Court of the United States decided *Fischer v. United States*, vacating the D.C. Circuit's judgment and finding that "[t]o prove a violation of Section 1512(c)(2), the Government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or as we earlier explained, other things used in the proceeding, or attempted to do so." No. 23-5572, 2024 WL 3208034, at *10 (U.S. June 28, 2024). The Court remanded

*Fischer* to the D.C. Circuit for further proceedings and to assess the sufficiency of the indictment on that count. Based on the Supreme Court's opinion and the forthcoming proceedings in the D.C. Circuit, the government anticipates that it will need additional time to evaluate its prosecution of charges under 18 U.S.C. § 1512(c)(2).

3. Trial for this case is scheduled for July 29, 2024. This trial date has been set since March 26, 2024. The parties have filed pretrial motions and motions in limine, the government has prepared and disclosed its exhibit list, and the Court held its final pretrial conference on June 27, 2024. In addition, the victim officers and other witnesses have scheduled this trial date and the United States has met with several witnesses to prepare their upcoming testimony.

Given the specific facts of this case, the other relevant charges, and the quickly-approaching trial date, and to promote judicial economy and efficiency, the United States requests that Count Two be dismissed without prejudice in the interests of justice and that trial proceed on the remaining counts on July 29, 2024. With this motion, the government submits that the status hearing currently scheduled for July 16, 2024, which was scheduled at the request of the government, is no longer necessary.

Dated: July 10, 2024

                                                  Respectfully Submitted,

                                                  MATTHEW M. GRAVES
                                                  United States Attorney

By:    */s/ Carlos A. Valdivia*
        CARLOS A. VALDIVIA
        D.C. Bar No. 1019242
        KYLE R. MIRABELLI
        N.Y. Bar No. 5663166
        Assistant United States Attorneys
        601 D Street, N.W.
        Washington, D.C. 20579