## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS HARRINGTON,<br><br>        Defendant. | Crim. Action No. 23-298 (JEB) |

### UNOPPOSED MOTION TO RESCHEDULE SENTENCING

      Douglas Harrington, through counsel, respectfully requests that the Court reschedule his sentencing hearing due to a professional conflict that has arisen for counsel. The government does not oppose this request. The sentencing is presently scheduled for November 5, 2024, and undersigned counsel has been assigned a trial that is set to go forward on November 12, 2024 in the Central District of California. Counsel are available anytime November 25 or 26 if either date is available for the Court.

      Respectfully submitted,

      CUAUHTEMOC ORTEGA
      FEDERAL PUBLIC DEFENDER

          /s/ *Jake Crammer*
      Lisa LaBarre (Cal Bar No. 246429)
      Jake Crammer (Cal Bar. No. 329928)
      Deputy Federal Public Defenders
      Office of the Federal Public Defender, C.D. Cal.
      321 East Second Street
      Los Angeles, CA 90012
      (213) 894-7564
      Jake_Crammer@fd.org