## AFFIDAVIT OF DOCTOR VIET DO

1. The triangular fibrocartilage complex is a ligament for stability of the distal radioulnar joint which is important for pronosupination, or rotation, of the forearm and wrist. The ligament is 360 degrees and connects the distal radius to the ulna and the surrounding ligaments of the wrist. It provides stability of the distal radioulnar joint in pronation and supination.

2. On June 28, 2023, I diagnosed Officer Samuel Mott with a peripheral dorsal ulnar tear to the triangular fibrocartilage complex of his left wrist.

3. A peripheral tear to the triangular fibrocartilage complex is typically caused by either a fall with outstretched arms, or a quick, forceful twisting motion of the wrist and forearm. It is not typically caused by a direct blow.

4. A peripheral tear of the triangular fibrocartilage complex is generally associated with an acute, traumatic injury, whereas a perforation of the triangular fibrocartilage complex is generally associated with a chronic injury.

5. Strongly holding an object typically leads to ulnar deviation of the wrist which places the triangular fibrocartilage complex at greater risk of injury during a fall or forceful rotation.

6. On November 15, 2024, I reviewed Government Exhibits 200 and 207 which show a person strike an individual, who was identified to me as Officer Samuel Mott, near his left hand and wrist with a flagpole while Officer Mott was holding a police baton. Officer Mott's left hand, wrist, and forearm was in a supinated position. The strike caused Officer Mott's left hand, wrist, and forearm to enter a hyper-supinated position. The video shows Officer Mott quickly rotate his forearm and wrist from the hyper-supinated position to a pronated position. Based on my review of the videos, the forceful twisting of Officer Mott's forearm and wrist could have caused the peripheral tear to Officer Mott's triangular fibrocartilage complex.

7. On January 15, 2024, I treated Officer Mott with a wrist arthroscopy. Afterwards, Officer Mott continued to present with clinically painful symptoms, and on May 22, 2024, I did an open repair surgery of Officer Mott's triangular fibrocartilage ligament.

By: _____
Dr. Viet Do

I declare under penalty of perjury by the laws of the United States of America that the foregoing affidavit is true and correct.

Executed on: November 16, 2024